UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JEANETTA BIRJUKOW

                Defendant.

**DECISION AND ORDER**
07-CR-291S-21

1. On November 20, 2009, the Defendant entered into a written plea agreement (Docket No. 589) and pled guilty to Count 9 of the Indictment (Docket No. 188) charging a violation of Title 21, U.S.C. Section 952(a) (importation of 50 grams or more of a mixture or substance containing methamphetamine and 3,4-methylenedioxymethamphetamine).

2. On November 20, 2009, the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, filed a Report and Recommendation (Docket No. 591) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3. This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1)(C) and Local Rule 58.2(a)(3).

4. This Court has carefully reviewed *de novo* Judge Schroeder's November 20, 2009, Report and Recommendation, the plea agreement, transcript of the proceeding, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge Schroeder's Report and Recommendation, and will accept Judge Schroeder's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge Schroeder's November 20, 2009, Report and Recommendation (Docket No. 591) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Jeanetta Birjukow is accepted, and she is now adjudged guilty of Title 21, U.S.C. Section 952(a).

SO ORDERED.

Dated: December 20, 2009
       Buffalo, New York

                                            /s/ William M. Skretny
                                            WILLIAM M. SKRETNY
                                            United States District Judge